# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:09CR137 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JEREMIAH EZELL, | ) | |
| | ) | |
| Defendant. | ) | |

UPON THE COURT'S OWN MOTION, the Initial Appearance regarding Petition for Offender Under Supervision [72] shall be rescheduled.

IT IS ORDERED:

1. The Initial Appearance regarding Petition for Offneder Under Supervision [72] is continued to **March 6, 2013** at **1:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

2. The United States Marshal is directed to serve the defendant an Amended Summons forthwith.

DATED this 19th day of February, 2013.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge