IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JEREMIAH EZELL,<br><br>                Defendant. | 8:09CR137<br><br>**ORDER** |

Defendant Jeremiah Ezell appeared before the court on Friday, February 7, 2014 on a Petition for Warrant for Offender Under Supervision [98]. The defendant was represented by Assistant Federal Public Defender Jeffrey L. Thomas and the United States was represented by Assistant U.S. Attorney Russell X. Mayer on behalf of Douglas R. Semisch. Defendant waived his right to a preliminary examination. The government moved for detention. A Detention hearing was held. The government's motion for detention is denied. Therefore, the defendant will be released on current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

IT IS ORDERED:

1. A final dispositional hearing will be held before Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on March 27, 2014 at 8:30 a.m. Defendant must be present in person.

2. The defendant is to be released on current conditions of supervision.

Dated this 7th day of February, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge